| 01/08/2019 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

10:00   18-33749 pcm 7   bk   **Jennifer R Ramos**

**Motion to Dismiss Case. Reason: Debtor's Failure to Attend 341a Meeting (16)**

| | |
|---|---|
| Jennifer R Ramos - db  x | FOSTER GLASS  x |
| PennyMac Corp. - cr | CRAIG G RUSSILLO  x |
| Kenneth S Eiler - tr  x | |

Evidentiary Hearing:    Yes: ☐    No: ☒

The Trustee wants to administer the case.

Debtor must file a motion to set over the 341a hearing by January 14, 2019. The motion must address whether debtor can provide sworn testimony under the code in Germany. If no motion filed, Trustee will file motion to dismiss for failure to appear at 341a.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐    N/A

DOCKET ENTRY:

Case 18-33749-pcm7    Doc 22    Filed 01/08/19