NICCND (12/1/18)

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 11, 2019

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Jennifer R Ramos**
*Other names used by debtor:* Jennifer R Hasson
Debtor(s)

Case No. **18–33749–pcm7**

**Notice of Intent
to Close Case
Without Entry of
Discharge**

It appearing a certificate of debtor education has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a discharge order for a noncomplying debtor, and without further notice per 11 USC § 727(a)(11), unless, within 15 days of the FILED date above, a certificate of debtor education is filed by the debtor(s) with the clerk.

To obtain a list of approved debtor education providers, go to https://www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204