DISTRICT OF OREGON
**F I L E D**
January 16, 2019
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re:<br><br>Jennifer R. Ramos,<br><br>        Debtor. | Bankruptcy Case<br>No. 18-33749<br><br>ORDER ON MOTION TO CONTINUE MEETING OF CREDITORS (DOC. 24) AND MOTION TO DISMISS (DOC. 16) |
|---|---|

    Creditor PennyMac Corp. filed a Motion to Dismiss in the above-captioned case based on debtor's failure to appear at her originally scheduled 341(a) meeting. At the hearing on the Motion to Dismiss held on January 8, 2019, the court ruled that, for the reasons stated on the record, debtor was permitted to file a motion to set over the 341(a) meeting. Debtor filed the motion in accordance with the requirements set out during the January 8, 2019 hearing, and has satisfied the court that the debtor may give sworn testimony by phone from Germany. After reviewing the record and in the interest of justice and good cause appearing therefor,

Page 1 - ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that debtor's Motion to Continue/Reschedule 341 Meeting of Creditors (doc. 24) is GRANTED.

IT IS FURTHER ORDERED that Creditor PennyMac Corp's Motion to Dismiss (doc. 16) for failure to attend the 341(a) meeting originally scheduled for November 26, 2019 is denied as MOOT without prejudice to refile in the event that debtor fails to comply with her duties under the bankruptcy code.

###

cc: all ECF filers